NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-5053
christopher.lin@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00026-KJD-NJK |
| Plaintiff, | ORDER GRANTING MOTION TO UNSEAL |
| vs. | |
| Martin Gomez, Henry Salcido, and Anthony Guerrero, | |
| Defendants. | |

COMES NOW, the United States of America by and through NICHOLAS A. TRUTANICH, United States Attorney, and Christopher Lin, Assistant United States Attorney, and respectfully moves this Court to unseal the criminal indictment in the above-captioned matter.

///

///

///

///

///

A federal grand jury returned a sealed indictment for the above named defendants on February 18, 2020. A magistrate judge issued sealed warrants for their arrests that same day. On March 4, 2020, law enforcement arrested defendant Guerrero in the Northern District of Georgia. Defendant Guerrero is scheduled to make his initial appearance on March 4, 2020 in that district. Since one of the defendants has been arrested and is to make his initial appearance, the Government moves to unseal the indictment.

Dated this 4th day of March, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

Christopher Lin
Assistant United States Attorney

The Government's motion is hereby GRANTED.

SO ORDERED:

HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Dated: March 5, 2020